Michael G. Adams
Secretary of State

**Commonwealth of Kentucky**
**Office of the Secretary of State**

Summons Division
PO BOX 718
FRANKFORT, KY 40602-0718

April 23, 2026

LINCOLN NATIONAL LIFE INSURANCE COMPANY
1300 S. HARRISON STREET
FORT WAYNE, IN 468023425

FROM: SUMMONS DIVISION
SECRETARY OF STATE

RE: CASE NO: 26-CI-00419

COURT: Circuit Court Clerk
Madison County
P.O. Box 813
Richmond, KY 40476-0813
Phone: (859) 624-4793

Legal action has been filed against you in the captioned case. As provided under Kentucky law, the legal documents are enclosed.

**Questions regarding this action should be addressed to:**

**(1) Your attorney, or**
**(2) The attorney filing this suit whose name should appear on the last page of the complaint, or**
**(3) The court or administrative agency in which the suit is filed at the clerk's number printed above.**

The Kentucky Secretary of State has NO POWER to make a legal disposition of this case. Your responsive pleadings should be filed with the clerk of the court or agency where the suit is filed and served directly on your opposing party.

No copy of future pleadings need be sent to this office unless you wish us to serve the pleading under a particular statute or rule and pay for said service.

EXHIBIT
A

| | | |
|---|---|---|
| AOC-E-105 Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice *Courts.ky.gov*<br><br>CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | Case #: **26-CI-00419**<br>Court: **CIRCUIT**<br>County: **MADISON** |

*Plaintiff,* **KIPELIO, JAIRUS VS. LINCOLN NATIONAL LIFE INSURANCE COMPANY**, *Defendant*

TO: **LINCOLN NATIONAL LIFE INSURANCE COMPANY**
**1300 S. HARRISON STREET**
**FORT WAYNE, IN 468023425**

Memo: Registered Agent of Service exists.

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ David M. Fernandez,
Madison Circuit Clerk
Date: **4/23/2026**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: ______________________________

☐ Not Served because: ______________________________

Date: ________________, 20______ ______________________________
Served By

______________________________
Title

Summons ID: 1351196589064030@90005992177
CIRCUIT: 26-CI-00419 Long Arm Statute – Secretary of State
KIPELIO, JAIRUS VS. LINCOLN NATIONAL LIFE INSURANCE COMPANY



*e*Filed

Package : 000002 of 000009

Presiding Judge: HON. Kristin J. Clouse (625435)

Package : 000002 of 000009

COMMONWEALTH OF KENTUCKY
MADISON CIRCUIT COURT
DIVISION ________
CIVIL ACTION NO. ___________

JAIRUS KIPELIO PLAINTIFF

1414 Arlington Drive
Richmond, KY 40475

VS. **VERIFIED COMPLAINT**

LINCOLN NATIONAL LIFE INSURANCE COMPANY DEFENDANT

**SERVE:** Kentucky Secretary of State
700 Capital Avenue, Suite 86
Frankfort, KY 40601

**SERVE:** Process Agent
CT Corporation System
306 W. Main Street
Frankfort, KY 40601

* * * * * * * * * * * *

1. The Plaintiff, Jairus Kipelio, brings this action against the Defendant, Lincoln National Life Insurance Company (hereinafter "Lincoln"), for terminating his Long-Term Disability (hereinafter "LTD") benefits without sufficient cause. Mr. Kipelio was an employee of Astemo Americas, Inc. and was a participant in a group disability insurance plan administered by Lincoln. This Complaint challenges Lincoln's wrongful termination of Mr. Kipelio's LTD benefits despite compelling evidence demonstrating his qualification for said benefits. Mr. Kipelio is filing this action to recover benefits due under the LTD





Package : 000003 of 000009
Presiding Judge: HON. Kristin J. Clouse (625435)
Package : 000003 of 000009

insurance policy, to declare his rights under the terms of the policy, and to recover costs and attorney's fees.

## A. PARTIES

2. The Plaintiff, Jairus Kipelio, is a resident of Richmond, Madison County, Kentucky. Mr. Kipelio, at all times pertinent, was a beneficiary of a group disability insurance plan that was issued to his employer, Astemo Americas, Inc.
3. The Defendant, Lincoln, is a corporation with its statutory home office located at 1300 S. Harrison Street, Fort Wayne, IN 46802-3425. Lincoln's Registered Agent is CT Corporation Systems. Lincoln is a for-profit corporation and does business in the Commonwealth of Kentucky deriving revenue from its business that it conducts in Kentucky.

## B. VENUE

4. Venue is proper in this Court because Madison County is where the transaction took place.

## C. BACKGROUND

5. Mr. Kipelio was hired to work for Astemo Americas, Inc. in Madison County, Kentucky. Through this employment, he became a beneficiary of an LTD insurance policy (Group Policy No. GF3-890-LF0110-01) issued to him in Madison County, Kentucky.
6. The policy's covered beneficiaries include Mr. Kipelio.
7. As a full-time employee, Mr. Kipelio became insured under the plan.

Package : 000004 of 000009
Presiding Judge: HON. Kristin J. Clouse (625435)
Package : 000004 of 000009

8. The policy provided for LTD benefits to cover the employees who meet all contractual provisions, including the definition of disability.

9. The terms of the group policy defining disability are:

**Disabled** or **Disability** means:

i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the material and Substantial Duties of his Own Occupation; and

ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.

10. In February 2022, Mr. Kipelio became unable to work due to injuries to his neck and lower back and began receiving STD benefits under the Plan.

11. The Administrative Record will show that Mr. Kipelio's medical evidence qualified him for STD benefits for the duration of the elimination period and the ensuing 24-month period. During these periods, Lincoln acknowledged that he was unable to perform the essential functions pertaining to his own occupation with or without a reasonable accommodation. After the 24 month period, he began drawing LTD benefits from Lincoln as they acknowledged he met the broader definition of disability under the Plan.

12. Mr. Kipelio received a letter dated September 19, 2025 from Lincoln, notifying him that he was no longer eligible for LTD benefits based upon their determination that he did not meet the definition of disability as defined in the Plan.

13. Mr. Kipelio appealed this denial of benefits by letter dated January 30, 2026. Included with the appeal letter was medical evidence from the following:

Dr. James Owen Report
Dr. Cassandra Kendrick Physical Restrictions

Package : 000005 of 000009
Presiding Judge: HON. Kristin J. Clouse (625435)
Package : 000005 of 000009

14. Lincoln, in a letter dated March 26, 2026 denied the appeal of its denial of LTD benefits which exhausted Mr. Kipelio's administrative remedies.
15. As a result of Lincoln's wrongful termination of LTD benefits, Mr. Kipelio has not received LTD benefits since September 16, 2025, despite compelling evidence demonstrating that he is physically and mentally unable to engage in any full-time employment.

**PROOF OF DISABILITY**

**SUBMITTED TO LINCOLN**

16. Kipelio's disability began in February 2022 when he was no longer able to continue working.
17. Mr. Kipelio has provided extensive medical treatment records and reports that document the following health issues and injuries:
    - Severe headaches
    - Cervical pain with radiculopathy
    - Gait impairment
    - Lumbar pain with radiculopathy to the toes
    - Sciatica
    - Bilateral hand arthritis
    - Severe depression
    - Left leg weakness causing falls





Package : 000006 of 000009
Presiding Judge: HON. Kristin J. Clouse (625435)
Package : 000006 of 000009

18. Dr. Owens performed a disability examination of Mr. Kipelio on October 29, 2024 and reviewed his treatment records. He prepared a report that documents diagnoses that included cervical and lumbar motor neuropathy, depressive disorder, gout, insomnia, severe recurrent headaches with nausea, gait impairment, possible cerebrospinal fluid leak, and possible multiple sclerosis.

19. Dr. Owen's extensive physical examination documented his inability to lift/carry objects that weigh more than 10 pounds for longer than a few minutes, the length of time he can sit (30 minutes in an 8 hour day) stand (15 minutes in an 8 hour day) and walk (15 minutes in an 8 hour day), 3) use of hands (e.g. reaching, pulling, gripping, etc.), and his inability to balance, stoop, kneel, crawl, or crouch. Dr. Owen concluded that Mr. Kipelio was unable to reach, handle, finger, push and pull more than 1/3 of a workday with either hand. He further stated Mr. Kipelio would require the ability to lie down at will during an 8-hour workday and that he would need to be able to sit/stand/walk at will.

20. Dr. Kendrick, his treating PCP, completed a physical Restrictions Form provided by Lincoln dated August 22, 2025. The document notes that Dr. Kendrick has been his PCP for almost six years treating him for cervical radiculopathy and lumbar pain with sciatica. The doctor stated Mr. Kipelio cannot perform even at a sedentary level (writing "none" on what level he could perform at) Dr. Kendrick further noted that his low back pain radiates down the left leg to his toes with associated numbness, tingling and weakness all made wors with standing and walking.

21. Lincoln failed to consider and/or give appropriate weight to the finding by the U.S. Social Security Administration that Mr. Kipelio is permanently disabled from any gainful employment.

Package : 000007 of 000009
Presiding Judge: HON. Kristin J. Clouse (625435)
Package : 000007 of 000009



Filed 26-CI-00419 04/23/2026 David M. Fernandez, Madison Circuit Clerk
A true copy attest 26-CI-00419 04/23/2026 /s/David M. Fernandez, Madison Circuit Clerk

22. Lincoln abused its discretion under the Plan when it unreasonably denied Mr. Kipelio's appeal of the termination of his LTD benefits.

**WHEREFORE**, the Plaintiff demands the following relief:

1. Declaratory relief that he is entitled to monthly LTD benefits past, present and future, retroactive to September 16, 2025 including legal interest on the past-due amount;
2. For reimbursement of all his costs associated with filing this complaint, including any and all attorney fees;
3. For any and all other relief to which the Plaintiff may appear entitled under equity or law.

Respectfully Submitted,

/s/ Daniel E. Moriarty
DANIEL E. MORIARTY
**DANIEL E. MORIARTY, PLLC**
300 W. Vine Street, Suite 660
Lexington, Kentucky 40507
Phone: (859) 233-0705
Fax: (859) 233-0537
danmoriarty@moriartylawoffice.com

**VERIFICATION**

The allegations contained in the foregoing are true and correct to the best of my knowledge and belief.

Jairus Kipelio

STATE OF Kentucky )
COUNTY OF Madison )


Package : 000008 of 000009

Subscribed, sworn to and acknowledged before by JAIRUS KIPELIO on this the 23rd day of April 2026.

My commission expires: 5/6/29

Kenna LaRae Nichols
NOTARY PUBLIC / State at Large
# 99609

KENNA LARAE NICHOLS
Notary Public - State At Large
KENTUCKY - Notary ID # KYNP99609
My Commission Expires 05-06-2029

Package : 000009 of 000009

Presiding Judge: HON. Kristin J. Clouse (625435)

Package : 000009 of 000009