THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON
*Electronically Filed*

| | | |
|---|---|---|
| **JAIRUS KIPELIO,** | ) | |
| | ) | |
| Plaintiff, | ) | No. 5:26-cv-00172-KKC |
| | ) | |
| vs. | ) | |
| | ) | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY** | ) | |
| | ) | |
| | ) | |
| Defendant, | ) | |

**ORDER DENYING DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

On this day, the Court considered the Motion to Dismiss Plaintiff's Complaint filed by Defendant The Lincoln National Life Insurance Company pursuant to Federal Rule of Civil Procedure 12(b)(6). Having considered the Motion, and Plaintiff's Response to said Motion, and having reviewed Plaintiff's Complaint and Amended Complaint, and the applicable law, the Court is of the opinion that Defendant's Motion should be **DENIED**. It is, therefore,

**ORDERED** that The Lincoln National Life Insurance Company's Motion to Dismiss is hereby **DENIED.**