# UNPUBLISHED OPINION

2022 WL 22624879
Only the Westlaw citation is currently available.
United States District Court, E.D. Kentucky,
Central Division.
at Lexington.

Angel JOHNSON, Plaintiff,
v.
LABTOX, LLC, et al., Defendants.

Civil Action No. 5: 22-019-DCR
|
Signed March 28, 2022

**Attorneys and Law Firms**

Anne L. Gilday, The Lawrence Firm, PSC, Covington, KY, Austin W. Anderson, Pro Hac Vice, Clifton Alexander, Pro Hac Vice, Lauren Braddy, Anderson Alexander, PLLC, Corpus Christi, TX, for Plaintiff.

Daniel Luke Morgan, McBrayer PLLC, Lexington, KY, Cynthia L. Effinger, McBrayer PLLC, Louisville, KY, for Defendant Labtox, LLC.

Paul E. Goatley, Timothy J. Weatherholt, Fisher & Phillips, Louisville, KY, for Defendants Mountain Comprehensive Care Center, Inc., Kenneth Stein.

**ORDER**

Danny C. Reeves, Chief Judge

***1** Plaintiff Angel Johnson filed this action on January 27, 2022, alleging that the defendants failed to pay her and similarly-situated employees as required under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* and the Kentucky Wage and Hour Act, K.R.S. §§ 337.101, *et seq.* Defendant Labtox, LLC filed a motion to dismiss on March 4, 2022, and Defendants Mountain Comprehensive Care Center, Inc. and Kenneth Stein filed a separate motion to dismiss on March 7, 2022. Each defendant argues, *inter alia*, that the Complaint should be dismissed for failure to state a claim upon which relief can be granted under Rule 12(b)(6).

Johnson filed an Amended Complaint on March 25, 2022. [Record No. 21] Rule 15 of the Federal Rules of Civil Procedure provides that if a pleading is one to which a responsive pleading is required (such as a complaint) a party may amend it once as a matter of course within 21 days after service of a responsive pleading or within 21 days of service of a motion under Rule 12(b), (e), or (f), whichever is earlier. Fed. R. Civ. P. 15(a)(1)(B). Because Johnson filed her Amended Complaint within 21 days of service of the defendants' motions to dismiss under Rule 12(b)(6), she is permitted to do so as a matter of course under Rule 15(a)(1)(B).

An amended complaint supersedes a prior complaint and becomes the operative pleading. *Parry v. Mohawk Motors of Mich., Inc.*, 236 F.3d 299, 306 (6th Cir. 2000). As a result, the defendants' motions to dismiss the original Complaint are rendered moot by the filing of the Amended Complaint. *See, e.g., Ky. Press Ass'n, Inc. v. Ky.*, 355 F. Supp. 2d 853, 857 (E.D. Ky. 2005). Accordingly, it is hereby

**ORDERED** as follows:

1. Defendant Labtox, LLC's motion to dismiss [Record No. 9] is **DENIED**, as moot.

2. Defendants Mountain Comprehensive Care Center, Inc. and Kenneth Stein's motion to dismiss [Record No. 12] is **DENIED**, as moot.

**All Citations**

Not Reported in Fed. Supp., 2022 WL 22624879

End of Document

© 2026 Thomson Reuters. No claim to original U.S. Government Works.