**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON**

| | | |
|---|---|---|
| **JAIRUS KIPELIO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO. 5:26-cv-00172-KKC** |
| **v.** | ) | |
| | ) | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY'S REPLY TO ITS MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

On May 18, 2026, Lincoln filed its Motion to Dismiss (Document 6) Plaintiff's Original Complaint that contained causes of action based on Kentucky law, stating that Lincoln did not oppose Plaintiff filing an amended complaint. On June 4, 2026, Plaintiff filed an Amended Complaint (Document 7) that asserted only a claim for recovery benefits under Section 502(a)(3) of ERISA. Accordingly, Lincoln's Motion to Dismiss is now moot, and Lincoln does not oppose the Court entering an order accordingly.

Dated this 5th day of June 2026.

Respectfully submitted,

/s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
(Admitted *Pro Hac Vice*)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

COUNSEL FOR DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Eastern District of Kentucky, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Daniel E. Moriarty
Email: danmoriarty@moriartylawoffice.com

June 5, 2026 — Date

/s/ Iwana Rademaekers — Iwana Rademaekers