**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT LEXINGTON**

**JAIRUS KIPELIO**

**Plaintiff,**

**v.**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

**Defendant.**

**CASE NO. 5:26-CV-172-KKC**

**ORDER**

*** *** ***

Pending before the Court is the Defendant Lincoln National Life Insurance Company's motion to dismiss. (R. 6.) In response, Plaintiff Jairus Kipelio filed an amended complaint which appears to address all the alleged deficiencies cited in Defendant's motion. (*See* R. 7.) Moreover, the Defendant does not oppose denying its motion as moot. (R. 9.)

Accordingly, it is hereby ORDERED that the Defendant's motion to dismiss (R. 6) is DENIED AS MOOT.

This 8th day of June, 2026.

**Signed By:**
***Karen K. Caldwell*** KKC
**United States District Judge**